Submitted on record and brief July 23, affirmed July 30,
petition for rehearing denied September 8, 1970

## STATE OF OREGON, *Respondent, v.*
## PETER PATRICK FINLEY, *Appellant.*

472 P2d 830

Douglas L. McCool, Eugene, filed the briefs for appellant.

Jacob B. Tanzer, Solicitor General, Salem, filed the brief for respondent. With him on the brief was Lee Johnson, Attorney General, Salem.

Before SCHWAB, Chief Judge, and FOLEY and BRANCHFIELD, Judges.

PER CURIAM.

Defendant was convicted of robbery by an unanimous jury verdict. His sole assignment of error on appeal is that the court instructed the jury that a verdict concurred in by 10 or more was sufficient. The instruction was correct. *State v. Gann,* 254 Or 549, 463 P2d 570 (1969).

Affirmed.